UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT C. BEERS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

CASE NO. 2:15-CV-01084-RSL-DWC

ORDER AFFIRMING DEFENDANT'S DECISION TO DENY BENEFITS

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge David W. Christel, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The matter is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g);

(3) **JUDGMENT** is for defendant and the case should be closed;

(4) The Clerk is directed to send copies of this Order to counsel of record.

Dated this 7th day of June, 2016.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER AFFIRMING DEFENDANT'S DECISION
TO DENY BENEFITS - 2